# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Jaleelah Ahmed,
    Plaintiff,

v.

SCHOOL DISTRICT OF THE CITY OF HAMTRAMCK, EVAN MAJOR, personally and in his official capacity, SALAH HADWAN, personally and in his official capacity, MOORTADHA OBAID, personally and in his official capacity, SHOWCAT CHOWDHURY, personally and in his official capacity, REGAN WATSON, personally and in her official capacity, and the HAMTRAMCK FEDERATION TEACHERS (AFL-CIO), jointly and severally.

    Defendants,
_____/

Case No. 2:22-cv-11127
Hon. Gershwin A. Drain
Magistrate Judge: Curtis Ivey, Jr.

| | |
|---|---|
| **EDUCATORS LEGAL SERVICES PLLC**<br>**Robert A. Lusk (38122)**<br>9070 Campbell Creek Dr.<br>Commerce Township, MI<br>rlusk@educatorslegalservices.com<br>Attorney for Plaintiff | **CLARK HILL PLC**<br>**Anne-Marie V. Welch (P70035)**<br>151 S. Old Woodward Avenue<br>Suite 200<br>Birmingham, MI 48009<br>(248) 988-1810<br>AWelch@ClarkHill.com<br>Attorneys for all Defendants except Hamtramck Federation of Teachers (AFL-CIO) |

**MARK H. COUSENS (P12273)**
26261 Evergreen Road, Suite 130
Southfield, MI 48076
(248) 355-2150
cousens@cousenslaw.com
Attorneys for Defendant Hamtramck
Federation Teachers, only

---

## APPEARANCE OF ANNE-MARIE V. WELCH FOR DEFENDANTS

Please enter the appearance of Anne-Marie V. Welch of Clark Hill PLC as counsel for Defendants School District of the City of Hamtramck, Evan Major, Salah Hadwan, Showcat Chowdhury, and Regan Watson.

Respectfully submitted,

*/s/ Anne-Marie V. Welch*
Anne-Marie V. Welch (P70035)
Clark Hill PLC
Attorneys for above-named Defendants
151 S. Old Woodward, Suite 200
Birmingham, MI  48009
248.642.9692
awelch@clarkhill.com

Date:  July 20, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

By: *s/ Anne-Marie Vercruysse Welch*
Anne-Marie Vercruysse Welch (P70035)
Attorneys for above-named Defendants
151 South Old Woodward Ave, Suite 200
Birmingham, MI 48009
(248) 988-1810 (248) 988-2517 (fax)
awelch@clarkhill.com